1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   JOHN ROBERT DEMOS,

9                    Petitioner,                    Case No. C20-0028-JLR-MAT

10        v.                                        REPORT AND RECOMMENDATION

11  DONALD R HOLBROOK,

12                   Respondent.

13

14        **Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis* with

15  a proposed 28 U.S.C. § 2241 habeas petition.  (*See* Dkt. 1.)  Although Mr. Demos purports to

16  proceed under § 2241, he challenges his state court conviction and therefore the proper basis for

17  his habeas relief is 28 U.S.C. § 2254.  An Order of this Court provides for the return without filing

18  of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253

19  or 2254, unless accompanied by the filing fee.  *See Demos v. Stanley*, MC97-0031-JLW (W.D.

20  Wash. Mar. 13, 1997).

21        As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the

22  Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter

23  and to strike any pending motions as moot.  Moreover, Mr. Demos may not proceed with a second

REPORT AND RECOMMENDATION - 1

1  or successive habeas petition here unless and until the Ninth Circuit authorizes its filing.  *See* 28

2  U.S.C. § 2244(b)(3)(A).  A proposed Order is attached.

3       Objections to this Report and Recommendation, if any, should be filed with the Clerk and

4  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

5  and Recommendation is signed.  Failure to file objections within the specified time may affect

6  your right to appeal.  Objections should be noted for consideration on the District Judge's motions

7  calendar for the third Friday after they are filed.  Responses to objections may be filed within

8  **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be

9  ready for consideration by the District Judge on **January 31, 2020**.

10      Dated this 8th day of January, 2020.

11

12                                    _____

                                      Mary Alice Theiler

13                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2