UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>                    Petitioner,<br><br>   v.<br><br>DONALD R HOLBROOK,<br><br>                    Respondent. | Case No. C20-0028-JLR-MAT<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997); and

(3) The Clerk shall send copies of this Order to petitioner and to Judge Theiler.

Dated this _____ day of _____, 2020.

                                                              JAMES L. ROBART
                                                              United States District Judge

ORDER - 1