UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>            Petitioner,<br><br>v.<br><br>DONALD R. HOLBROOK,<br><br>            Respondent. | CASE NO. C20-0028JLR<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION AND CLOSING THIS CASE |

Before the court are (1) Bar-order litigant John Robert Demos's proposed petition (Petn. (Dkt. # 1)); (2) Magistrate Judge Mary Alice Theiler's Report and Recommendation recommending the court close the case (R&R (Dkt. # 2)); and (3) Mr. Demos's objections to the Report and Recommendation (Obj. (Dkt. # 3)). Mr. Demos is "well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court." (*See, e.g., Demos v. Storrie*, 507 U.S. 290, 291 (1993).) Mr. Demos's

objections do nothing to address the issue central to the Report and Recommendation, namely the failure to pay a filing fee. (*See* generally Obj.) Additionally, Mr. Demos fails to show the "imminent danger of serious physical injury" required by 28 U.S.C. § 1915 to proceed *in forma pauperis*.

Accordingly, the court ADOPTS the Report and Recommendation (Dkt. # 2) in full, DENIES Mr. Demos's objections (Dkt. # 3), and DIRECTS the Clerk to close this matter. The clerk shall send copies of this order to Petitioner and to Magistrate Judge Theiler.

Dated this 5th day of February, 2020.

JAMES L. ROBART
United States District Judge